UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

NEIL O. SELJESTAD,

                Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,

                Defendant.

Case No. C10-5859-RSM

**ORDER ADOPTING REPORT AND RECOMMENDATION AND REMANDING CASE FOR FURTHER ADMINISTRATIVE PROCEEDINGS**

The Court, after careful consideration of the Plaintiff's complaint, the Parties' briefs, the Report and Recommendation of the Honorable Brian A. Tsuchida, United States Magistrate Judge, Defendant's Objections to the Report and Recommendation, Plaintiff's Response to the Objections and the balance of the record, does hereby find and **ORDER**:

(1) Defendant primarily requests clarification as to whether the recommendation of the Magistrate Judge to reverse the Commissioner's decision and remand for further proceedings is pursuant to sentence six or sentence four of 42 U.S.C. § 405(g). Defendant correctly argues that a case may only be reversed pursuant to sentence four and not sentence six of the statute. To clarify, remand in this case is pursuant to sentence four.

(2) Defendant additionally requests that the Court delete the Magistrate judge's instruction on remand that the ALJ further develop the record as to new evidence

and a subsequent grant of benefits to plaintiff and consider whether this favorable decision alters the ALJ's initial, negative decision. The Court declines to do so. Contrary to Defendant's argument, inclusion of this instruction does not transform the remand into a sentence six or a sentence six/four hybrid remand. A reviewing court may remand a case pursuant to sentence four in order to further develop the record and consider evidence that was not considered by the ALJ. Especially where, as in this case, that evidence was specifically referenced by the Appeals Council in its review of the initial decision.

(3) The Court adopts the Report and Recommendation.

(4) The Commissioner's decision is **REVERSED** and the case is **REMANDED,** pursuant to sentence four of 42 U.S.C. § 405(g), to the Social Security Administration for further proceedings consistent with the Report and Recommendation.

(5) The Clerk is directed to send copies of this Order to the parties and to Judge Tsuchida.

DATED this 6th day of April 2012.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE